**Petitions for Writs of Mandamus Dismissed and Memorandum Majority and Concurring Opinions filed September 15, 2020.**



In The

# Fourteenth Court of Appeals

## NO. 14-20-00383-CR

## NO. 14-20-00384-CR

## IN RE DMITRY KRUGLOV, Relator

ORIGINAL PROCEEDING
WRIT OF MANDAMUS
County Court No. 3
Galveston County, Texas
Trial Court Cause No. MD-0368264 & MD-0368265

## MEMORANDUM CONCURRING OPINION

I write separately to briefly point out that the majority does not follow this court's binding precedent. Relator is required to show he filed his notice of appeal in the trial court. To meet this requirement relator must provide this court with a file-stamped copy of his notice of appeal or other proof that the notice was filed in the trial court. *See In re Gomez*, 602 S.W.3d 71, 74 (Tex. App.—Houston [14th

Dist.] 2020, orig. proceeding); *In re Flanigan*, 578 S.W.3d 634, 626 (Tex. App.—Houston [14th Dist.] 2019, orig. proceeding); *see also In re Henry*, 525 S.W.3d 381, 382 (Tex. App.—[14th Dist.] 2017, orig. proceeding) (holding that relator had not established that his motion was pending in trial court in absence of providing file-stamped copy of motion).

I would follow this court's binding precedent in denying relator's petition for writ of mandamus.

/s/     Ken Wise
       Justice

Panel consists of Justices Wise, Bourliot, and Spain. (Spain, J., majority).
Do Not Publish — Tex. R. App. P. 47.2(b).